United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60922
Summary Calendar
_____

JUAN DE LA CRUZ-PUENTE,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A74 637 371
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Juan de la Cruz-Puente (de la Cruz), represented by counsel, petitions this court for review of a final order of the Board of Immigration Appeals (BIA) affirming the immigration judge's decision denying his application for cancellation of a removal order entered against him. De la Cruz has failed to provide citations to legal authorities in support of his allegations or to identify adequately any errors committed by the immigration judge or the BIA and has raised different issues in the argument and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

summary of argument sections of his brief. <u>See</u> FED. R. APP. P. 28(a)(9); 5TH CIR. R. 28.3(j); <u>Brinkmann v. Dallas Cty. Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).

Accordingly, de la Cruz's petition is DENIED for failure to brief his issues. <u>See</u> <u>Soadjede v. Ashcroft</u>, 324 F.3d 830, 833 (5th Cir. 2003).

PETITION DENIED.